**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) JUSTIN C. BONUS, ESQ.
118-35 QUEENS BLVD., SUITE 400 FOREST HILLS, NY 11375 | PH: (347) 920-0160

Index Number: 1:25-CV-02251-DG-
Date Filed: 04/23/2025

BRANDON LEE

vs

Plaintiff

THE CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT DETECTIVE JOHN STEEL; NEW YORK CITY POLICE DEPARTMENT LIZBETH KLEIN; NEW YORK CITY POLICE SGT. DAVID ZAYAS; QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE; AND "JOHN AND/OR JANE DOES" #1 -10 WHO ARE CURRENTLY UNKNOWN MEMEBERS OF THE NEW YORK CITY POLICE DEPARTMENT; ALL OF WHOM ARE BEING SUED IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES

Defendant

## AFFIRMATION OF SERVICE

**Muataz Ahmad**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **5/8/2025**, at **10:44 AM** at **12501 QUEENS BLVD., KEW GARDENS, NY 11415**, Deponent served the within **Summons and Verified Complaint with Notice of Commencement of Action Subject to Mandatory Electronic Filing**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Mr. Robert** said individual to be **Agent For Service Of Process** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Mr. Robert is as follows:

**Perceived Gender**: Male   **Perceived Race**: White   **Color of hair:** Balding   **Age**: 50
**Height**: 5ft4in-5ft8in   **Weight**: Over 200 Lbs.   **Other** :

I affirm on this day____May 8, 2025_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Muataz Ahmad

Lic #   2034169
JobID   2525493

Client's File No.:

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*

UNITED PROCESS SERVICE