**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
ATTORNEY(S) JUSTIN C. BONUS, ESQ.
118-35 QUEENS BLVD., SUITE 400 FOREST HILLS, NY 11375 | PH: (347) 920-0160

Index Number: 1:25-CV-02251-DG-
Date Filed: 04/23/2025

**BRANDON LEE**

Plaintiff

vs

**THE CITY OF NEW YORK; NEW YORK CITY POLICE DEPARTMENT DETECTIVE JOHN STEEL; NEW YORK CITY POLICE DEPARTMENT LIZBETH KLEIN; NEW YORK CITY POLICE SGT. DAVID ZAYAS; QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE; AND "JOHN AND/OR JANE DOES" #1 -10 WHO ARE CURRENTLY UNKNOWN MEMEBERS OF THE NEW YORK CITY POLICE DEPARTMENT; ALL OF WHOM ARE BEING SUED IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES**

Defendant

### AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **5/9/2025**, at **2:00 PM** at **1 POLICE PLAZA PATH, NEW YORK, NY 10038**, Deponent served the within **Summons and Verified Complaint with Notice of Commencement of Action Subject to Mandatory Electronic Filing**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **NEW YORK CITY POLICE DETECTIVE LIZBETH KLEIN**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Kelly Moustafa (Co-Worker)**, **a person of suitable age and discretion**.

Said premises is subject's **actual place of business / employment** within the state. A perceived description of **Kelly Moustafa** is as follows:
Perceived Gender: Female    Perceived Race: White    **Color of hair:** Brown    **Age**: 35
Height: 5ft4in-5ft8in    Weight: 100-130 Lbs.    **Other** :

On **May 9, 2025**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" not indicating that the sender is an attorney or concerns an action against the person served, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

I affirm on this day____May 9, 2025_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_[signature]_
CHRISTOPHER J. KLEIN

Lic #    1188546
JobID    2524411

Client's File No.: