

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT** | **LAW DEPARTMENT** | **MARY O'FLYNN** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | *Senior Counsel*<br>moflynn@law.nyc.gov<br>Phone: (212) 356-2352 |

May 14, 2025

**By ECF**
Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>Brandon Lee v City of New York et. al.</u>, 25-cv-02251 (DG)(RML)

Your Honor:

      I am a Deputy Chief in the Special Federal Litigation Division of the New York City Law Department. I write on behalf of defendant City of New York to respectfully request a sixty day enlargement of time, until July 14, 2025, to answer or otherwise respond to the complaint. Plaintiff's counsel consents to this request.

      Plaintiff alleges, inter alia, that he was falsely arrested in 2018 for felony murder and unlawfully incarcerated until his acquittal in January 2024. In accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we will need time to investigate the allegations set forth in the complaint. Because the complaint asserts that plaintiff's criminal case was dismissed we will require an unsealing release pursuant to New York Criminal Procedure Law § 160.50 to obtain any of the underlying arrest records and criminal court documents. Once the unsealing release is received it will take some time to request, obtain and review the records.

      An enlargement of time will allow this office the opportunity to determine representation of the individually named officers who we do not yet represent in the action. Pursuant to Section 50-k of the New York General Municipal Law, and based upon a review of the facts, this office must determine whether we may represent each individually named officer. See Mercurio v. The City of New York, et al., 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting Williams v. City of New York, et al., 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)).

In light of the above, this Office respectfully requests that the Court sua sponte extend the time for the individually named officers to respond to the complaint to the same date requested by the City, July 14, 2025.

Thank you for your consideration of this request.

Respectfully submitted,

/s/Mary O'Flynn
Senior Counsel
Special Federal Litigation Division

cc: Counsel by ECF